81,117-04          1 of 2

District Clerk                     March 12, 2015.
Court of Criminal Appeals
    of Texas
Abel Acosta

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 18 2015
Abel Acosta, Clerk

RE: Motion       WR-81,117-04

Mr. Acosta:
    On Feburary 20th of 2015, I submitted
a Motion to the 106th Judicial District Court of
Gaines County, Texas. I also sent a copy to
your office for the 'record'. This Motion was for
an Evidentiary hearing.
    Sir, on March 12, 2015, I recieved notice that,
this Court, the Court of Criminal Appeals of Texas,
has denied the Motion for such a hearing.
    I am by no means a Lawyer, but a near Laymen of
the Law; Does this mean that, The Court of
Criminal Appeals of Texas, now has full Jurisdiction
over Cause No. 10-4100-B, or is this court's action
Sus ponte?
    Sir, with all due respect, isent the convicting
court suppose to answer such merits first?


    Mr. Acosta, I also feel I should inform this
court T,C,C, of A. that,

I had previously sent Notice to the Gaines County District Clerk that the first petition sent in was not a successful writ. Reason beining that, none of merits were answered on such writ.

Therefore, 10-4100-B is still, 10-4100-A, and not 'B'. I hereby declare that, I, Paul Torres, #1681999 have informed the 106th District Clerk of such error, and Abel Acosta, the District Clerk for The Criminal Court of Appeals of Texas, at P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Respectfully, Paul Torres
TDCJ#1681999